JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHU CHAU TO NGUYEN, | Case No. 5:26-cv-02026 ADS |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  May 5, 2026                         _____/s/ Autumn D. Spaeth_____
                                            THE HONORABLE AUTUMN D. SPAETH
                                            United States Magistrate Judge